**SEALED**



FILED
JAN - 9 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**TERESA LEONA DEAN,**<br><br>*Defendant.* | SEALED<br><br>Case No. **24 CR -1 2 RAW** |

### INDICTMENT

The Federal Grand Jury charges:

#### COUNT ONE

#### DISTRIBUTION OF METHAMPHETAMINE
#### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about August 17, 2023, within the Eastern District of Oklahoma, the defendant, **TERESA LEONA DEAN**, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

#### COUNT TWO

#### DISTRIBUTION OF METHAMPHETAMINE
#### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about August 29, 2023, within the Eastern District of Oklahoma, the defendant, **TERESA LEONA DEAN**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT THREE

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about September 28, 2023, within the Eastern District of Oklahoma, the defendant, **TERESA LEONA DEAN**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(A), the defendant, **TERESA LEONA DEAN,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses, and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Richard J. Lorenz*
Richard J. Lorenz, PA Bar # 314423
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY